## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. VINEET K. MASURAHA, Defendant. | PO-22-05103-GF-JTJ<br><br>VIOLATION:<br>E1103453<br>E1103454<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation E1103454 (for a total of $80), and for good cause shown, **IT IS ORDERED** that the $80 fine paid by the defendant is accepted as a full adjudication of violation E1103454. **IT IS FURTHER ORDERED** that violation E1103453 is **DISMISSED**.

**IT IS ALSO ORDERED** that the initial appearance scheduled for September 30, 2022, is **VACATED.**

DATED this 16th day of September, 2022.

John Johnston
United States Magistrate Judge